THE NATIONAL IRON BANK, Respondent, *v.* PATRICK FARRELLY, Appellant.

(Argued October 13, 1888; decided December 4, 1888.)

MOTION to dismiss an appeal from a judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered on an order made January 14, 1887, which affirmed a judgment of the General Term of the City Court of New York, affirming a judgment in favor of plaintiff.

*W. C. Beecher* for motion.

*Abbett & Fuller* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.